# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

WESLEY DANIEL VINEY,

Plaintiff,

v.  Civil Action No.: 22-cv-00041-LKG

CRAIG ROBERSON, *et al*.

Defendant.

## ORDER

THIS MATTER came before the Court on Defendant Craig Robertson and Defendant Daniel Lasher's Motion for Extension of Time to File Response. ECF No. ___. The motion is hereby granted.

Accordingly, it is this ___ day of June, 2022, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Defendant's Motion for Extension of Time (ECF No. ___) is GRANTED to and including August 9, 2022; and

2. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff and to counsel for Defendant.

_____
LYDIA KAY GRIGGSBY
United States District Judge